IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFF APEL, | ) | Case No. 8:06CV328 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| SHARON SMITH, | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by the office of D. Steven Leininger, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **January 26, 2007,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F.A. Gossett, at gossett@ned.uscourts.gov a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for March 26, 2007 and the jury trial set for April 17, 2007 are cancelled upon the representation that this case is settled.

Dated this 27th day of December 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge