# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFF APEL, | )<br>) |
| Plaintiff, | )<br>)      8:06CV328 |
| vs. | )<br>) |
| SHARON SMITH, | )      ORDER FOR DISMISSAL<br>)      WITH PREJUDICE |
| Defendant. | )<br>) |

NOW ON this 19th day of January, 2007, this matter came before the court on the Plaintiff's Motion to Dismiss With Prejudice [18].  The Court, being fully advised in the premises, finds that the Motion should be sustained.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Motion [18] is granted.  Plaintiff's Complaint, and any amendments thereto, and any causes of action of the Plaintiff, Jeff Apel, against the Defendant, Sharon Smith, are hereby dismissed with prejudice, with the complete record waived, and with each party to pay their own Court costs.

**DATED January 19, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**